PETER C. LAGARIAS (SBN 77091)
pcl@franchiselawadvocates.com
LAGARIAS LAW OFFICES
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Defendant AZ/CFS West, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROTRANS INTERNATIONAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AZ/CFS WEST INC., an Illinois Corporation,<br><br>Defendants. | CASE NO.  3:~~11~~ 13 cv 05581-NC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** AND ORDER |

The parties through their respective counsel, Conte Cicala, Esq., Flynn, Delish & Wise, LLP, for plaintiff Carotrans International, Inc., and Peter C. Lagarias, Esq., Lagarias Law Offices for defendant AZ/CFS West, Inc. hereby stipulate to an extension of time for defendant AZ/CFS West, Inc., to respond to the complaint and to continue the case management dates.

WHEREAS the parties initially extended the time to answer because defendant had submitted its claim to its insurance carrier, and anticipated a defense of this case by

the insurance carrier;

WHEREAS the defendant also anticipated a possible resolution of this matter with plaintiff upon the insurance carrier's involvement in the suit;

WHEREAS defendant was first advised by its insurance carrier on February 3, 2014, one day before the answer was originally due, that the insurance carrier would not represent defendant in this action;

WHEREAS as a result, the parties are now engaging in settlement discussions and defendant's current counsel is undertaking to directly represent defendant in this action;

WHEREAS in order to facilitate such a resolution, and in the event that such a resolution is not possible, the parties have consented to an extension of time for defendant to respond to the complaint and continue the case management dates;

WHEREAS the answer is currently due on February 11, 2014, having been once extended from February 4, 2014, to allow defendant to get a definitive answer regarding representation from its insurance carrier; and

WHEREAS there is an ADR conference currently scheduled for February 12, 2014 with the court.

      The parties Stipulate including under the Local Rules to extend the response date to the complaint from the date due of February 11, 2014, to a new date through and including April 14, 2014. This is a 60 day extension and is the second stipulation extending time to respond to the complaint.

The parties further stipulate to continue the case management dates to April 16, 2014 for last day for counsel to meet and confer, April 30, 2014 as last day to file Rule 26(f) Report, and May 7 at 10:00 a.m. for the initial case management report.

Dated:   February 6, 2014          /s/  Peter C. Lagarias

                                   Peter C. Lagarias, Esq.
                                   Attorneys for Defendant AZ/CFS West, Inc.

Dated:   February 6, 2014          /s/  Conte Cicala

                                   Conte Cicala, Esq.
                                   Attorneys for Plaintiff Carotrans International, Inc.

ORDER ON STIPULATION

The court having reviewed the stipulation and good cause appearing therefore, it is hereby,

ORDERED that defendants shall have until and through April 14 to respond to the complaint herein, and it is further

ORDERD that the case management dates are continued as follows: to April 16, 2014 for last day for counsel to meet and confer, to April 30, 2014 as last

1  day to file Rule 26(f) Report, and to May 7 at 10:00 a.m. for the initial case
2  management report. Parties must file consent or declination to proceed before magistrate judge
3  no later than April 30, 2014.
4
5       IT IS SO ORDERED
6
7  Dated:   February 10, 2014



4

**STIPULATION TO RESPOND TO COMPLAINT AND CONTINUE CASE MGMT DATES- 3:11 cv 05581-NC**