PETER C. LAGARIAS (SBN 77091)
pcl@franchiselawadvocates.com
LAGARIAS LAW OFFICES
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Defendant AZ/CFS West, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROTRANS INTERNATIONAL, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>AZ/CFS WEST, INC., an Illinois Corporation,<br><br>            Defendants. | Case No.  3:13 cv 05581-NC<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS AGAINST AMERICAN INTERNATIONAL INDUSTRIES ONLY** |
| AZ/CFS WEST, INC., a California Corporation,<br><br>            Third-Party Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, AMERICAN INTERNATIONAL INDUSTRIES, a California Corporation; and INTERNATIONAL TRANSPORTATION SERVICES, INC., a California Corporation,<br><br>            Third-Party Defendants. | |

## **STIPULATION**

This stipulation is entered into between AZ/CFS WEST, INC. and AMERICAN INTERNATIONAL INDUSTRIES by and through their attorneys of record.

Third-party plaintiff AZ/CFS WEST, INC. has filed a third-party complaint alleging four causes of action against AMERICAN INTERNATIONAL INDUSTRIES.

It is hereby agreed between the parties to this Stipulation that the claim and any prayer for relief, as against third-party defendant AMERICAN INTERNATIONAL INDUSTRIES is hereby dismissed, pursuant to Fed. Rule Civ. Pro. 41.

IT IS SO STIPULATED.

Dated: September 2, 2014         LAGARIAS LAW OFFICES


*/s/ Peter Lagarias*
Peter Lagarias
Attorneys for Defendant and Third Party Plaintiff
AZ/CFS West, Inc.


Dated: September 2, 2014         CONKLE, KREMER & ENGEL


*/s/ Mark D. Kremer*
Mark D. Kremer
Attorneys for Third Party Defendant
American International Industries

1
2          **ORDER**
3
4     Based upon the foregoing stipulation,
5     Any and all claims as against AMERICAN INTERNATIONAL INDUSTRIES only, in
6  connection with the facts asserted in the third-party complaint by AZ/CFS WEST, INC. are
7  hereby dismissed, pursuant to Fed. Rule Civ. Pro. 41.
8
9  Dated:  September__3__, 2014                          _____
10                                                       Magistrate 
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TMA005/1887646-1                       3                            STIPULATION
                                                                    3:13 CV 05581-NC