1  PETER C. LAGARIAS (SBN 77091)
   pcl@franchiselawadvocates.com
2  LAGARIAS LAW OFFICES
   1629 Fifth Avenue
3  San Rafael, California 94901-1828
   Telephone: (415) 460-0100
4  Facsimile: (415) 460-1099
5
6  Attorneys for Defendant AZ/CFS West, Inc.
7
8              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9
10 CAROTRANS INTERNATIONAL,          )   Case No.: 3:13-CV-05581 NC
   INC., a Delaware Corporation,     )
11                                   )   **STIPULATION REQUESTING
          Plaintiff,                 )   CONTINUANCE OF CASE
12                                   )   MANAGEMENT CONFERENCE,
   v.                                )   SUBMISSION OF CASE MANAGEMENT
13                                   )   STATEMENT; AND [PROPOSED]
   AZ/CFS WEST INC., an Illinois     )   ORDER**  AS MODIFIED
14 Corporation,                      )
                                     )
15        Defendants.                )
   ----------------------------------)
16 AZ/CFS WEST, INC., a California   )
   Corporation,                      )
17                                   )
              Third-Party Plaintiff  )
18 v.                                )
                                     )
19 CONTINENTAL CASUALTY              )
   COMPANY, an Illinois Corporation; )
20 WALDEN ENVIRONMENTAL              )
   CHEMISTRIES, INC. f/k/a CONLEN    )
21 SURFACTANT TECHNOLOGY,            )
   INC., a Texas Corporation; WORLD  )
22 TRADE DISTRIBUTION, INC., a       )
   Texas Corporation; and            )
23 INTERNATIONAL                     )
   TRANSPORTATION SERVICES,          )
24 INC. a California Corporation,    )
                                     )
25        Third-Party Defendants     )
                                     )
26                                   )

27

28

                           1
              **STIPULATION- 3:13 cv 05581-NC**

WHEREAS, the Case Management Conference in this matter was originally scheduled for September 3, 2014, and mediation in this matter was originally scheduled for October 22, 2014;

WHEREAS the Case Management Conference was adjourned by Court order to November 5, 2014, to be conducted after the mediation was completed, and further ordered that an updated Case Management Statement was due to be filed on October 29, 2014, one week before the conference;

WHEREAS, defendant and third-party plaintiff AZ/CFS West, Inc. filed an amended complaint on September 30, 2014, adding third-party defendants Walden Environmental Chemistries, Inc. f/k/a Conlen Surfactant Technology, Inc. and World Trade Distribution, Inc., pursuant to the September 29, 2014 court order authorizing the same;

WHEREAS, due to the addition of third-party defendants, the parties that had appeared in the action stipulated, on October 13, 2014, to adjourn the deadline to conduct mediation in this matter up to and including January 9, 2015, which stipulation was so-ordered by the Court on October 13, 2014;

WHEREAS, all parties that have appeared in the action have agreed to participate in mediation by or before January 9, 2015;

WHEREAS, Walden Environmental Chemistries, Inc. f/k/a Conlen Surfactant Technology, Inc., and World Trade Distribution, Inc., have been served in this action but have not yet appeared, but counsel for both parties have indicated that they will answer or otherwise respond to the complaint, and that they will advise the parties that mediation has been ordered by the Court in this action.

The parties respectfully request that the Case Management Conference be adjourned until after the completion of mediation, to January 23, 2015, and the deadline to file the updated Case Management Statement be adjourned to one week before the Case Management Conference, to January 16, 2015.

Dated:  October 28, 2014            FLYNN, DELICH & WISE LLP

                                    By: _____/s/_____
                                            Conte C. Cicala

| | |
|---|---|
| | Attorneys for Plaintiff<br>CAROTRANS INTERNATIONAL, INC. |
| Dated: October 28, 2014 | LAGARIAS LAW OFFICES |
| | /s/<br>By: _____<br>Peter Lagarias<br>Attorney for Defendant<br>AZ/CFS WEST, INC. |
| Dated: October 28, 2014 | COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS |
| | /s/<br>By:<br>Elizabeth Doyle<br>Attorney for Third-party defendant<br>CONTINENTAL CASUALTY COMPANY |
| Dated: October 28, 2014 | ARCHER NORRIS |
| | /s/<br>By:<br>Summer Smith<br>Attorney for Third-party defendant<br>INTERNATIONAL TRANSPORTATION SERVICES, INC. |

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED that the Case Management Conference be adjourned to ~~January 23~~ February 4, 2015, and the Case Management Statement be filed on or before January ~~16~~ 28, 2015.

Dated: _____October 30_____, 2014    By: _____
                                            Magistrate Judge Nathanael M. Cousins

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins