UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CAROTRANS INTERNATIONAL, INC., et al., | No. C 13-5581 NC |
| Plaintiffs, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | |
| AZ/CFS WEST, INC., et al., | Date: December 11, 2014<br>Mediator: Matthew Vafidis. |
| Defendants. | |

Before the court are requests to excuse third-party defendants Walden Environmental Chemistries, Inc., f/k/a Conlen Surfactant Technology, Inc.'s insurer representative, Continental Casualty Company's party representative, and World Trade Distribution's client and insurer representatives from appearing in person at the December 11, 2014, mediation before Matthew Vafidis. Good cause appearing, the requests are GRANTED. All excused parties shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 3, 2014                        By:  _____
Dated                                                   Maria-Elena James
                                                        United States Magistrate Judge